UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN THE MATTER OF: | CASE NO. 19-01508 |
|---|---|
| Steven and Amanda Greene, | MOTION TO MODIFY PLAN POST-CONFIRMATION |
| Debtors. | |

COMES NOW the above-named Debtors, Steven and Amanda Greene, and for their Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtors to make payments as follows:

    a. $287.00 each month for the remainder of the plan.

2. The confirmed plan currently on file calls for the Debtors to turn over to the Trustee for administration any realized tax refunds during the term of the chapter 13 plan.

3. Pursuant to the recently passed CARES Act, 11 U.S.C. § 1329 is amended to provide that chapter 13 plans confirmed prior to the enactment date (March 27, 2020) may be modified to provide for payments up to 84 months, after notice and a hearing, if the debtor experiencing or has experienced a material financial hardship related to COVID-19.

4. Due to COVID-19, the Debtors, Steven and Amanda Greene, incurred extra expenses. The Debtors believe there are some ambiguity with respect to the Debtors' ability to complete the terms of the plan on file.

5. Due to the unforeseeable future, the Debtors propose modifying the Plan to permit the Debtors to continue payments for their Chapter 13 Plan through November 2024 (65 month plan).

6. The Debtors further propose to abate all missed payments and allow the Debtors to be deemed current through August 2020. The Debtors will resume making payments September 2020.

7. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtors pray the Court approve their proposed Modified Chapter 13 Plan.

/s/ Samuel Z. Marks_____
Samuel Z. Marks IS9998821
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX: (515) 276-6280
ATTORNEY FOR DEBTORS

# CERTIFICATE OF SERVICE

I hereby certify that on **August 21, 2020**, a copy of **Motion to Modify Plan Post-Confirmation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **American Credit Acceptance** |
| **Citibank** |
| **Cnac - Ia111** |
| **Consumer Portfolio Svc** |
| **Diversified Consultants, Inc.** |
| **First Premier Bank** |
| **First Premier Bank** |
| **Great Lakes Higher Education Corporation** |
| **Great Lakes Higher Education Corporation** |
| **Great Lakes Higher Education Corporation** |
| **Great Lakes Higher Education Corporation** |
| **Great Lakes Higher Education Corporation** |
| **Great Lakes Higher Education Corporation** |
| **Great Lakes Higher Education Corporation** |
| **H & R Accounts, Inc.** |
| **H & R Accounts, Inc.** |
| **H & R Accounts, Inc.** |
| **H & R Accounts, Inc.** |
| **H & R Accounts, Inc.** |
| **Jefferson Capital Systems, LLC** |
| **MidAmerican Title Loan** |
| **MRS BPO** |
| **Nordstrom FSB** |
| **Portfolio Recovery** |
| **Stowers and Sarcone** |
| **Target** |
| **Trent Nelson** |
| **Unity Point** |
| **University of Iowa Hospitals and Clinics** |

**/s/ Sam Marks**
**Sam Marks**
**Marks Law Firm**
**4225 University Ave**
**Des Moines, IA 50311**
**515-276-7211**